AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle with a Blood Alcohol Percentage of 0.08% or more (Class B Misdemeanor).

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:** Class B Misdemeanor:
Maximum Imprisonment: 6 Months
Maximum Fine: $5,000
Mandatory Special Assessment: $10

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED 2011 APR 11 P 1:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ Sam Chang

**DISTRICT COURT NUMBER**
CR 11 0226 MAG

E-filing

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  Melinda Haag
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Acadia L. Senese

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

1  MELINDA HAAG (CABN 132612)
   United States Attorney



E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 11 0226 |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATIONS: 36 C.F.R. § 1004.23(a)(1) |
| | ) - Operating a Motor Vehicle Under the |
| v. | ) Influence of Alcohol (Class B |
| | ) Misdemeanor); 36 C.F.R. § 1004.23(a)(2) |
| SAM CHANG, | ) - Operating a Motor Vehicle with a Blood |
| | ) or Breath Alcohol Content of 0.08% or |
| Defendant. | ) greater (Class B Misdemeanor) |
| | ) |
| | ) SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:  36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol

On or about January 7, 2011, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

SAM CHANG,

was operating and in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

//

INFORMATION

COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle with a Blood or Breath Alcohol Content of 0.08% or Greater

On or about January 7, 2011, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

SAM CHANG,

was operating and in actual physical control of a motor vehicle while having 0.08 percent or more of alcohol in his blood and breath, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

DATED: 4/7/11

MELINDA HAAG
United States Attorney

ROBERT DAVID REES
Deputy Chief, Strike Force and Violent Crimes

(Approved as to form: _____
ACADIA L. SENESE
Special Assistant United States Attorney

INFORMATION