# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 581-7410

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**ANTHONY CASTELLANO**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*



**DUANE LUMPKIN**
*DEPUTY CHIEF U.S. PROBATION OFFICER*

**JAMES M. SCHLOETTER**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

May 18, 2012

Bernard Zimmerman
United States Magistrate Judge
San Francisco, CA

Re:   Sam Chang
      Docket No: CR 11-00226-01 BZ
      <u>TRAVEL REQUEST</u>

Your Honor:

On December 14, 2011, the offender was sentenced by Your Honor to three years probation, for a violation of the following: Count One: Operating a Motor Vehicle Under the Influence of Alcohol, 36 C.F.R. § 1004.23(a)(1), a Class B misdemeanor. The following special conditions of supervision were ordered: fine $1,000; special assessment $10; alcohol treatment and testing; maintain and provide proof of financial responsibility to the California DMV; and the defendant shall be permitted to travel to Europe with his family on December 22, 2011, returning on January 3, 2012. Supervision commenced on December 14, 2011.

Mr. Chang has satisfied the special assessment and fine imposed by the Court. The offender has completed the alcohol assessment.

The offender has requested to travel to Hong Kong and China on June 19, 2012, through July 2, 2012. Mr. Chang has asked to travel with his family for vacation. He will be traveling with his wife and two children. It is respectfully recommended that the Court approve the international travel for Mr. Chang.

Respectfully submitted,

_____
Gina Muzio
U.S. Probation Officer Assistant

Reviewed by:

_____
Robert E. Tenney
Supervisory U.S. Probation Officer

NDC-SUPV-FORM-049  11/30/110

**RE:**   Deste, Allegra Michelle
CR 11-00252-1 JSC

2

---

Travel is:

☑ Approved
☐ Denied

22 May 2012
Date

Bernard Zimmerman
United States Magistrate Judge